UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

_____
Plaintiff

v.

_____
Defendant

§
§
§
§
§
§
§
§
§
§
§
§

Civil Action No. _____

## CLERK'S ENTRY OF DEFAULT

The record reflects that service of the complaint has been made upon the named below:

_____

It appears from the record that service of the complaint has been made, that the has failed to answer or otherwise defend as directed within the time allowed, and that the Plaintiff has shown that failure through affidavit or otherwise.

Therefore, upon Plaintiff's request, DEFAULT is entered against the named above.

KAREN S. MITCHELL, CLERK
U.S. DISTRICT COURT

_____
By: Deputy Clerk on